

1  Thomas J. Gibson, Esq.
2  Nevada Bar No: 3995
   Gibson & Kuehn, LLP
3  1601 E. Basin Ave., Suite 101
   Pahrump, Nevada 89060
4  (775) 751-9000
5  Fax: (775) 751-1910
   Email: pahrumplaw@hotmail.com
6
7  Counsel for Defendant Frank Toppo
8
   **UNITED STATES DISTRICT COURT**
9
   **DISTRICT OF NEVADA**
10

11

12  MANUAL MAIRS: an individual, and    )   Case No: 2:10-CV-00874-JCM-PAL
    JACQUELINE MAIRS, an individual    )
13                                      )
                 Plaintiff,             )
14        vs.                           )   **ORDER DENYING MOTION FOR LEAVE**
                                        )   **TO AMEND (#21)**
15  ROBERT BECKETT, Nye County District )
    Attorney; NYE COUNTY, NEVADA, a    )
16  political subdivision of the State of )
    Nevada; FRANK TOPPO, an individual; )
17  and DOES1 through 100 inclusive,    )
18
19             Defendant,
20

21       This MATTER IS BEFORE THE Court on Plaintiffs' Motion for Leave to File
22  Second Amended Complaint (#21). The court held a noticed hearing on
23  November 4, 2010, where Thomas Gibson was present for Defendant Frank
24  Toppo, Thomas Beko was present for Defendant Nye County and Jeff Pitegoff
25  present for Defendant Robert Beckett. Lisa Rassmussen, Plaintiff's counsel did not
26  attend. Arguments were heard by Defendant's respective counsels regarding
27  Plaintiff's Motion for Leave to Amend (#21). Based on oral arguments, written
28  points and authorities submitted by the parties briefing Plaintiffs' motion, the
    Court finds the Plaintiffs have not met the standard required to proceed with

1  additional claims asserted in the Proposed Amended Complaint (#21-1). *See,*
2  *Bell Atlantic Corp v. Twombly,* __U.S., 127 S. Ct. 1995, 1964(2007)(a complaint
3  must "raise a right to relief above the speculative level" and "state a claim to
4  relief that is plausible on its face" to survive a motion to dismiss); *see also,*
5  *Ashcroft v. Iqbal,* --U.S.__, 129 S. Ct. 1937, 1949 (2009). The Court additionally finds
6  that addition of such claims into the present litigation is inappropriate as theses
7  claims would unduly complicate this litigation.
8      **IT IS THEREFORE ORDERED** Plaintiffs' Motion for Leave to File Second
9  Amended Complaint (#21) is hereby **DENIED**.
10     DATED this __17th__ day of November, 2010.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

18  RESPECTFULLY SUBMITTED this 12th day of November, 2010.

20  By: /s/Thomas J. Gibson, Esq.
21  Thomas J. Gibson, Esq.
    Nevada Bar No: 3995
22  Gibson & Kuehn, LLP
23  1601 E. Basin Ave., Suite 101
    Pahrump, Nevada 89060
24  (775) 751-9000
25  Attorney for Defendant
    Frank Toppo

Gibson & Kuehn, LLP
1601 E. Basin Ave., Suite 101
Pahrump, Nevada 89060
(775) 751-9000

**CERTIFICATE OF SERVICE**

I hereby Certify that, pursuant to FRCP Rule 5(b)(3) and this Court's Special Order 109, a true and correct copy of the forgoing document was served THIS 12TH Day of November, 2010, via the Court's CM/ECF electronic filing system upon the following individuals:

Thomas P. Beko, Esq.
Brent L. Ryman, Esq.
*Attorneys for Nye County*

Lisa Rasmussen, Esq.
*Attorney for Plaintiffs*

Jeffrey Pitegoff, Esq.
*Attorney for Robert Beckett*

Dated this 12th Day of November, 2010

/s/ Thomas J. Gibson, Esq.

Gibson & Kuehn, LLP
1601 E. Basin Ave., Suite 101
Pahrump, Nevada 89060
(775) 751-9000