UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MANUEL MAIRS, *et al.*, | ) | |
| Plaintiffs, | ) | Case No. 2:10-cv-00874-JCM-PAL |
| vs. | ) | **ORDER** |
| NYE COUNTY, NEVADA, *et al.*, | ) | (Mot. Ext. Time - Dkt. #69) |
| Defendants. | ) | |

Before the court is a Motion to Extend Time to File Non-Party Objection to Motion to Compel Subpoena Response and to Submit the Non-Party Objection In Camera to the Court (Dkt. #69). It is not clear what relief non-party deponent Charlene Mairs seeks. On the one hand, she indicates she seeks leave to submit her objection to the subpoena for an *in camera* review and inspection. On the other hand, she states that to file her objection in the normal course with no guarantee of having the pleadings sealed would essentially defeat the purpose of her objection. She cites LR 9018 which no longer exists. The Motion to Compel Subpoena Response filed by Nye County (Dkt. #65) also contains a Motion to Permit Filing Under Seal and to Extend the Discovery and Related Deadlines (Dkt. ##66, 67). It appears that the non-party is seeking to maintain confidentiality of records and proceedings pertaining to state court proceedings involving accusations of abuse against one or more minor children. The court has entered a Protective Order (Dkt. #58) permitting the parties to designate materials as confidential and restricting disclosure.

Having reviewed and considered the matters,

**IT IS ORDERED** that:

1. Plaintiff's Motion to Extend Time to File Non-Party Objection to Motion to Compel Subpoena Response and to Submit the Non-Party Objection In Camera to the Court

(Dkt. #69) is **GRANTED in part** and **DENIED in part**. The Plaintiffs shall have until July 5, 2011, to file a response to the motion. The request to file the response *in camera* is denied. However, the response may be filed under seal. The response shall contain a showing of good cause for keeping the response under seal following the Ninth Circuit's direction in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).

2. Defendants' Motion to Compel Subpoena Response (Dkt. #65), Motion to Seal (Dkt. #66), and Motion to Extend Time (Dkt. #67) is set for hearing **July 19, 2011, at 10:15 a.m.**, in Courtroom 3B.

Dated this 28th day of June, 2011.

_____
Peggy A. Leen
United States Magistrate Judge